IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHIRLEY A. ROBERTS,

    Plaintiff,

vs.                                                              Civ. No. 01-1262 MCA/WWD

DEBORAH HARTZ, Secretary of the New Mexico
Children, Youth and Families Department, SANDIE
DOUGLAS, Head of the Protective Services
Division; JOHN DOE, JANE DOE; and THOMAS
KUKER, Special Agent in Charge, Albuquerque
Division of the F.B.I.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Emergency Motion for Leave to Exceed the Page Limit Under D.N.M. LR-Civ. 7.7 for Motions and Briefs for Plaintiff's Emergency Motion for Preliminary Injunction [docket no. 14]. The brief sought to be filed consists of forty-one pages of a brief proper, an appendix of two pages, and attachments containing xerox copies of certain reported cases and New Mexico statutes. The attachments are not numbered as separate exhibits; accordingly, they appear to be one mixed exhibit of statutes and cases. As has been her practice in this litigation, neither the instant motion nor the Plaintiff's Emergency Motion for Preliminary Injunction contain a certificate of service on the other parties. In consideration of Plaintiff's *pro se* status and to give the trial judge full opportunity to consider

the preliminary injunction motion, the instant motion will be granted. Plaintiff will also be reminded of her duty to serve pleadings on other parties in the lawsuit.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Emergency Motion for Leave to Exceed the Page Limit Under D.N.M. LR-Civ. 7.7 for Motions and Briefs for Plaintiff's Emergency Motion for Preliminary Injunction [docket no. 14] be, and it is hereby, GRANTED.

**IT IS FURTHER ORDERED** that when Plaintiff files a pleading in this cause, she shall cause to be served on the other parties to the lawsuit, a copy of the pleading, in accordance with the Federal Rules of Civil Procedure and the rules of this Court.

_____
UNITED STATES MAGISTRATE JUDGE