IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHIRLEY A. ROBERTS,

        Plaintiff,

vs.                                                                                    Civ. No. 01-1262 MCA/WWD

DEBORAH HARTZ, Secretary of the
New Mexico Children, Youth and Families
Department, SANDIE DOUGLAS, Head of
the Protective Services Division, JOHN AND
JANE DOE, unknown foster/adoptive parents
of Ashley Rene Roberts, THOMAS KUKER,
Special Agent in Chart, Albuquerque Division
of the F.B.I.,

        Defendants.


MEMORANDUM OPINION AND ORDER

        This matter comes before the Court as the result of a Rule 16 scheduling conference held

on February 27, 2002.  Present at the conference were counsel for the Defendants, the Plaintiff

appearing pro se, and a friend or acquaintance of Plaintiff, Galen Smith, who sought to appear as

co-counsel pro se, and was not allowed to do so.  A schedule was set for the pretrial events in this

cause, and at Plaintiff's request, the period for discovery was set at ninety (90) days.

Compressing the time for discovery to ninety days as requested by Plaintiff made the disclosure of

Plaintiff's experts and the service of their reports due on or before <u>March 29, 2002</u>.  To facilitate

the preparation of the Initial Pretrial Report, Plaintiff was directed to supply in electronic form the

following portions of the Initial Pretrial Report, to wit:

1. Plaintiff's contentions;

2. Plaintiff's discovery

    A.      A  listing all of Plaintiff's witnesses citing the name, address, and a summary of that witness' testimony;

    B.      All documents which will be used as trial exhibits;

    C.      The identity of all experts who may be called to testify for the Plaintiff.

3. Under Pretrial Motions Plaintiff should supply a list of all motions which she knows of at this time which she plans to file.

The items set out above shall be transmitted to Diane M. Garrity, Esq., counsel for the State Defendants, by electronic means (i.e., on a floppy disk for a computer, or by an attachment to e-mail) on or before <u>March 15, 2002</u>.  The State shall then integrate the portions of the Initial Pretrial Report prepared by Plaintiff into the Initial Pretrial Report to be filed with the Court on or before <u>March 25, 2002</u>.

Preparation of the Initial Pretrial Report shall be in accordance with the foregoing.

**IT IS SO ORDERED**.

_____

UNITED STATES MAGISTRATE JUDGE